















SUI  9/27/02 13:41
3:02-CR-02625  USA V. MURILLO
*1*
*CRINDI.*

FILED

02 SEP 27 PM 12: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Unsealed 11/22/02   BY: _____ DEPUTY

SECRET

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2001 Grand Jury

02 CR 2625 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 46, U.S.C., App., Secs. 1903(a), (c) and (j) - Conspiracy to Possess Cocaine on Board a Vessel; Title 46, U.S.C., App., Secs. 1903(a), (c)(1)(C) and (f) - Possession of Cocaine with Intent to Distribute on Board a Vessel; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| RODRIGO JOSE MURILLO, aka Don Jose, aka Jose Rodrigo Murillo-Pardo, | |
| Defendant. | |

The grand jury charges:

<u>Count 1</u>

Beginning in or about 1996, and continuing up to and including May, 2001, defendant RODRIGO JOSE MURILLO, aka Don Jose, aka Jose Rodrigo Murillo-Pardo, did knowingly and intentionally conspire with Viktor Savchenko, Mykola Ihnatenko, Petr Shishkovsky, Mykhailo Yurchenko, Alexandre Chagovic, Anatoli Zakharov, Oleksandr Kurys, Yevgen Kurys, Volodymyr Chapny, and Pavel Rymarev, all charged

//

//

WVG:nlv:San Diego
9/27/02



elsewhere, and with other persons known and unknown to the grand jury

to possess, with intent to distribute, 5 kilograms and more, to wit:

approximately 11,966 kilograms (26,325 pounds/13 tons), of cocaine,

a Schedule II Controlled Substance, on board a vessel subject to the

jurisdiction of the United States, to wit, the fishing vessel SVESDA

MARU and, thereafter, said Viktor Savchenko, Mykola Ihnatenko, Petr

Shishkovsky, Mykhailo Yurchenko, Alexandre Chagovic, Anatoli Zakharov,

Oleksandr Kurys, Yevgen Kurys, Volodymyr Chapny, and Pavel Rymarev did

first enter the United States at San Diego, California, within the

Southern District of California; in violation of Title 46, United

States Code Appendix, Sections 1903(a),(c)(1)(C), (f), and (j).

Count 2

On or about May 3, 2001, on board a vessel subject to the

jurisdiction of the United States, to wit, the F/V SVESDA MARU,

defendant RODRIGO JOSE MURILLO, aka Don Jose, aka Jose Rodrigo

Murillo-Pardo, did knowingly and intentionally possess, with intent

to distribute, 5 kilograms and more, to wit:    approximately

11,966 kilograms (26,325 pounds/ 13 tons), of cocaine, a Schedule II

Controlled Substance, and thereafter, Viktor Savchenko, Mykola

Ihnatenko, Petr Shishkovsky, Mykhailo Yurchenko, Alexandre Chagovic,

Anatoli Zakharov, Oleksandr Kurys, Yevgen Kurys, Volodymyr Chapny, and

Pavel Rymarev did first enter the United States at San Diego,

California, within the Southern District of California; in violation

//

//

//

//

2

1   of Title 46, United States Code Appendix, Sections 1903(a),(c)(1)(C)

2   and (f), and Title 18, United States Code, Section 2.

3       DATED: September 27, 2002.

4                    A TRUE BILL:

5

6

7                    Foreperson

8   CAROL C. LAM
   United States Attorney

9

10   By:

11       WILLIAM V. GALLO
       Assistant U.S. Attorney

12

13

14       KAREN E. MOORE
       Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28